# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DYLAN LEIGH TYMES,<br><br>Defendant. | CR 20-117-BLG-SPW<br><br>ORDER |

Upon the United States' Unopposed Motion to Dismiss Indictment Without Prejudice (Doc. 32), and for good cause shown,

**IT IS HEREBY ORDERED** that the United States' Motion is **GRANTED**. The Defendant's indictment is **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that the trial currently scheduled for Monday, July 26, 2021 at 9:00 a.m., and all remaining deadlines are **VACATED**.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 11th day of May, 2021.

*/s/ Susan P. Watters*
SUSAN P. WATTERS
United States District Judge

1